IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IMAGE MEDIA ADVERTISING, INC., an Illinois Corporation, | ) ) ) | Case No. |
| Plaintiff, | ) ) | |
| | ) | Judge |
| v. | ) ) | |
| IMAGE MEDIA ONE, LLC, A New York Limited Liability Company. | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiff, Image Media Advertising, Inc., an Illinois Corporation, hereby complains that Defendant Image Media One, LLC, a New York Limited Liability Company is liable for willful federal trademark infringement, federal unfair competition, state trademark infringement, state unfair competition, and deceptive trade practices. In support of its complaint, Plaintiff, by its undersigned counsel, alleges as follows:

## THE PARTIES

1. Plaintiff, Image Media Advertising, Inc. ("Image Media"), is a company organized and incorporated under the laws of the State of Illinois, and has a principal place of business at 5101 Darmstadt Rd., Suite A, Hillside, Illinois, 60162.

2. Image Media engages in the business of advertising by way of outdoor displays, such as billboards, and has been in business since 1989.

3. Image Media has operated under the name "Image Media" since its inception.

4. Image Media has also used the following logo, referred to herein as the "Image Media Logo," with its operations since 1989.

115122113.1

1



5. Image Media is the owner of U.S. Trademark Registration 5548925 for the Image Media Logo.

6. The predominant portion of the Image Media Logo is the words "Image Media."

7. Image Media has also used the following logo, referred to herein as the Image Media Skyline Logo," with its operations since 2011.



8. The predominant portion of the Image Media Skyline Logo are the words "Image Media" over the Chicago skyline silhouette.

9. Image Media also has common law trademark rights in the word mark IMAGE MEDIA, referred to herein as the "Image Media Word Mark."

10. Defendant, Image Media One, LLC ("Image Media One"), is a limited liability company organized under the laws of the State of New York, and has a place of business at 1501 Broadway, Suite 12084, New York, NY 10036.

11. Image Media One engages in the business of advertising by way of outdoor displays, such as billboards, and has been in business since 2010.

115122113.1

12. Image Media and Image Media One offer substantially identical services.

13. Image Media and Image Media One advertise, promote, and market their respective services through similar channels.

14. Image Media One conducts business in several locations, including in Chicago, Illinois.

## IMAGE MEDIA ONE'S ACTS OF TRADEMARK INFRINGEMENT

15. Image Media One advertises its services under the name "Image Media One" (the "Infringing Mark").

16. Image Media One operates a website with the domain name "www.imagemediaone.com" ("Infringing Domain").

17. The Infringing Mark differs from the word portion of the Image Media Logo and the Image Media Skyline Logo by only the addition of the word "one."

18. The Infringing Mark differs from the Image Media Word Mark by only the addition of the word "one."

19. The addition of the word "one" to "Image Media" creates the impression in the minds of consumers that Image Media One is part of Image Media.

20. Image Media One has, without authorization from Image Media, advertised, marketed, and promoted its services within this district under the Infringing Mark.

21. Image Media One has, without authorization from Image Media, incorporated the entirety of Image Media's trademark in the Infringing Domain Name.

22. On information and belief, Image Media One was aware of Image Media and its business prior to adoption of the Infringing Mark and the Infringing Domain Name.

23. On information and belief, Miller was aware of Image Media and its business prior to adoption of the name "Image Media One" and domain name www.imagemediaone.com.

24. Image Media One was notified on or about November 2, 2017 of Image Media's belief that Image Media One's actions were likely to cause consumer confusion by way of a letter addressed to its President, Michael Miller.

25. Image Media One was again notified on or about July 20, 2018 of Image Media's belief that Image Media One's actions were likely to cause consumer confusion by way of a letter addressed to its President, Michael Miller.

26. Image Media One and Mr. Miller ignored and failed to respond to each of the November 2nd and July 20th letters, and continued to use the name "Image Media One" in commerce and the domain name www.imagemediaone.com.

27. Image Media One's use of the Infringing Mark and the Infringing Domain has caused actual consumer confusion in the marketplace, and has harmed Image Media's business.

28. Image Media One's continued use of the Infringing Mark and the Infringing Domain is likely to cause consumer confusion regarding the source, affiliation, connection or association of its services and Image Media.

## JURISDICTION AND VENUE

29. This action is for (1) trademark infringement under the Federal Trademark Act, also known as the Lanham Act (15 U.S.C. §§ 1051-1127); (2) false designation or origin, or false or misleading description or representation of fact under § 43(a) of the Lanham Act (15 U.S.C.§ 1125(a)); (3) unfair competition and deceptive trade practices under the Illinois Deceptive Trade Practices Act (815 ILCS §§ 510/1-510/7), and (4) trademark infringement and unfair competition under Illinois common law.

30. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b) and the pendent jurisdiction of this Court.

31. Defendant Image Media One is subject to personal jurisdiction in this judicial district because it regularly conducts business in this district and is committing one or more of the acts complained of herein within this state and judicial district by advertising, promoting and marketing its services under the alleged "Image Media One" name.

32. Venue is proper in this juridical district pursuant to 28 U.S.C. § 1391(a)-(c) because a substantial part of the events complained of occurred in this district, defendant Image Media One has knowingly committed tortious acts aimed at and causing harm in this state and this district, and Image Media One is subject to personal jurisdiction herein. Moreover, the damage to plaintiff Image Media and its registered and common law trademark described herein has occurred and continues to occur in this judicial district.

**COUNT I (Federal Trademark Infringement)**
**15 U.S.C. Section 1114**

33. Plaintiff Image Media realleges and incorporates by reference paragraphs 1-32 of its Complaint as if fully set forth herein.

34. This Count is based on infringement of a trademark registered under the trademark laws of the United States and, more particularly, under 15 U.S.C. § 1051 et seq. Defendant Image Media One's unauthorized use of the Image Media Logo and Image Media Skyline Logo in association with its services is likely to cause confusion, mistake or deception as to the source, affiliation, connection or association of Image Media One with Image Media, or as to the sponsorship, approval or affiliation of Image Media One by or with Image Media, in violation of 15 U.S.C. §1114.

115122113.1

35. Image Media One had actual or constructive notice or knowledge (pursuant to 15 U.S.C. § 1072) of Image Media's marks and its exclusive rights therein. Image Media One has also refused to cease using the name Image Media One despite Image Media's requests that it do so. Image Media One's action therefore constitute willful infringement of Image Media's registered marks, and make this an exceptional case under 15 U.S.C. § 1117(a).

36. As a result of Image Media One's willful infringement, Image Media has been, is now, and will continue to be damaged and irreparably harmed and thus, Image Media has no adequate remedy at law.

37. Image Media One will continue such infringement unless enjoined by this Court.

## COUNT II (Federal Unfair Competition)
## 15 U.S.C. Section 1125(a)

38. Plaintiff Image Media realleges and incorporates by reference paragraphs 1-32 of its Complaint as if fully set forth herein.

39. This Count is based on false designation of origin and false description or representation in violation of 15 U.S.C. § 1125(a). Image Media has used and is currently using the name Image Media in commerce to identify its services and to distinguish them from the services of others.

40. Long after Image Media's first use of the name Image Media, Image Media One began using its mark "Image Media One" to identify its services.

41. This act constitutes a false description and representation that Image Media One's services are authorized by, sponsored by or affiliated with Image Media, all in violation of 15 U.S.C. § 1125(a).

42. Image Media One's violation of 15 U.S.C. § 1125(a) is willful and deliberate.

43. As a result of Image Media One's willful and unlawful acts, Image Media has been, is now, and will continue to be damaged and irreparably harmed and thus, Image Media has no adequate remedy at law.

44. Image Media One will continue such infringement unless enjoined by this Court.

## COUNT III
### (Illinois Deceptive Trade Practices 815 ILCS § 501/1-501/7)

45. Plaintiff Image Media realleges and incorporates by reference paragraphs 1-32 of its Complaint as if fully set forth herein.

46. This Count is based on unfair competition and deceptive trade practices in violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 501/1-501/7).

47. Image Media One, with full knowledge of Image Media's superior rights to the trademark Image Media, willfully adopted and is using the name Image Media One in connection with its services with the deliberate and express purpose of obtaining the benefit of Image Media's goodwill and reputation; and Image Media One's unfair or deceptive acts or practices are likely to cause, are intended to cause, and are actually causing, confusion and deception of the public.

48. Image Media One's willful use of "Image Media" and www.imagemediaone.com is likely to cause confusion, mistake, or deception as to the source, sponsorship or approval or Image Media One's services and has created a likelihood of confusion or misunderstanding as to the whether Image Media One is affiliated, connected to or associated with Image Media in violation of 815 ILCS § 501/1-501/7.

49. Unless enjoined by the Court, Image Media One will continue to do the acts complained of herein and to cause damage and injury to Image Media's business reputation and

confusion as to the source of Image Media One's services, all to Image Media's and the public's irreparable harm, for which Image Media has no adequate remedy at law.

## COUNT IV
### (Common Law Trademark Infringement and Unfair Competition)

50. Plaintiff Image Media realleges and incorporates by reference paragraphs 1-32 of its Complaint as if fully set forth herein.

51. This Count is based on Illinois common law trademark infringement and unfair competition.

52. Image Media owns and has used its Image Media Logo and the name "Image Media" in connection with its services since at least as early as May 1989. Because of Image Media's longstanding and extensive use of its Image Media Logo and the name "Image Media", they have become uniquely associated with Image Media and identifies Image Media's services. The Image Media Logo and the name "Image Media" are valid trademarks under Illinois state common law.

53. Image Media One's acts constitute willful trademark infringement under the common law of those states, including Illinois, where Image Media One has used the name "Image Media One," which is confusingly similar to the Image Media Logo and the name "Image Media".

54. Image Media One's unauthorized and infringing use in commerce of "Image Media" and www.imagemediaone.com constitutes willful unfair competition with Image Media under the common law, such that such use enables Image Media One to obtain the benefit of, and trade upon, the widespread recognition and goodwill of Image Media. Image Media has no control over Image Media One's business and services and its impact on Image Media's goodwill,

so Image Media One's unlawful use of "Image Media" and www.imagemediaone.com is likely to cause confusion, mistake or deception, and result in Image Media One's unjust enrichment.

55. Unless enjoined by this Court, Image Media One will continue to cause irreparable harm to Image Media and the public, for which Image Media has no adequate remedy at law.

## RELIEF REQUESTED

WHEREFORE, Image Media respectfully requests that this Court enter judgment in their favor and against Defendant as follows:

a. Find that Defendant has violated §§ 32 and 43(a) of the Lanham Act (15 U.S.C. §§ 1114 and 1125(a)); and Defendant has engaged in trademark infringement and unfair competition and deceptive trade practices under the common law and statutory law of the State of Illinois;

b. Grant an injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure and 15 U.S.C. § 1116 permanently restraining and enjoining Defendant, its officers, agents, representatives, employees, successors, and assignees, and all those persons in active concert or participation with Defendant from:

   i. registering or using any designation that is owned by Image Media or that is identical or confusingly similar to any registered trademark owned by Image Media; advertising, marketing, promoting, supplying, distributing, selling, or offering for sale, any services relating thereto; and/or engaging in any other activity constituting an infringement of any of Image Media's rights in the Image Media mark;

      ii. engaging in any other activity constituting unfair competition with Image Media, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations associated with Image Media;

      iii. operating any website associated with, using, linking to, transferring, selling, exercising control over, or otherwise owning any domain name or trademark or service mark that incorporates, in whole or in part, any of the Image Media marks or any designation that is identical or confusingly similar thereto;

      iv. Sign an order instructing the relevant host, registry, or registrar to disable the Infringing Domain and any other domains registered to Defendant that incorporates the words "Image" and "Media" or that displays content implying a relationship with Image Media;

      v. Require Defendant to file with this Court and serve on Image Media within thirty days after entry of the injunction a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

c. Such other relief as this Court may deem appropriate to prevent consumers, the public, and/or the trade from deriving any erroneous impression that any services at issue in this action have been advertised, marketed, promoted, supplied, distributed, offered for sale, or sold by Defendant, has been authorized by Image Media, or is related in any way with Image Media and/or its services;

d. Award Image Media actual, punitive damage, and/or statutory damages to which it is entitled under applicable federal and state laws;

e. Recover from Defendant all damages that Image Media has sustained and will continue to sustain as a result of such infringing acts, and all ill-gotten gains, profits, and advantages obtained by Defendant, in an amount to be determined;

f. Award Image Media its costs in this action, attorney's fees, investigatory fees, and expenses to the full extent provided by § 35 of the Lanham Act (15 U.S.C. § 1117) and 815 ILCS § 501/1-501/7;

g. Award Image Media pre-judgment interest on the monetary award made part of the judgment against Defendant; and

h. Award Image Media such additional and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests trial by jury for all issues for which a jury trial is appropriate.

Date: September 28, 2018

Respectfully submitted,

By,    s/ Joseph M. Kuo
Joseph M. Kuo (ARDC 6216400)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7151
(312) 876-0288
joseph.kuo@saul.com

*Attorneys for Plaintiff*
*Image Media Advertising, Inc.*